EILEEN M. DECKER
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TOVA WOLKING, CSBN 259782
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8980
    Facsimile: (415) 744-0134
    Email: tova.wolking@ssa.gov
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEAN THOMAS McDONALD,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVING, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-CV-03050-SP<br>_____<br><br>**JUDGMENT OF REMAND** |

\\\

\\\

\\\

\\\

1  The Court having approved the parties' Stipulation to Voluntary Remand
2 Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
3 ("Stipulation to Remand") lodged concurrent with the lodging of the within
4 Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**
5 **DECREED** the above-captioned action is remanded to the Commissioner of
6 Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: December 10, 2015

HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE